**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JIHAD WALI,

               Plaintiff,

vs.                                                   Case No. 3:10-cv-526-J-34JRK

VISTAKON VISION CARE,

               Defendant.
_____/

**REPORT AND RECOMMENDATION**[1]

This cause is before the Court on two matters: (1) Plaintiff's request to proceed in forma pauperis contained in the Affidavit of Indigency filed June 21, 2010 (Doc. No. 2; "Motion"); and (2) the August 24, 2010 Order to Show Cause (Doc. No. 6). Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

On June 21, 2010, Plaintiff commenced this action by filing a Complaint (Doc. No. 1), along with the Motion. Plaintiff alleges generally in the Complaint that Defendant, his former employer, "released" him from employment without a written warning, due to an alleged "no call no show[.]" Compl. at 2. Plaintiff further alleges that during the time leading to his termination, he was depressed and was abusing drugs due to personal problems, and he had confided in his employer's "EAP Counselor" to that effect. Id. at 2, 3. Plaintiff complains that "after [he] received the proper treatment and got [him]self back on track[, he] did what [he]

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual allegations on appeal.

was instructed to do and [he] tried returning back to work . . . [but] learned that [he] was let go due to no call no show." Id. at 4. Plaintiff demands "restitution for time lost from work to current with [his] 8% differential, 25 paid days for sick leave and family days in the year 2009 and [his] job back." Id.

On July 29, 2010, the undersigned entered an Order (Doc. No. 5) observing that "Plaintiff states he is 'seeking restitution for time lost from work' but does not set forth any specific factual allegations or violation of any law that would lead the Court to find he is entitled to such restitution." Id. at 3. It was also observed that "[i]n the Motion, Plaintiff states that the nature of his action is 'Wrongful termination along with discrimination[,]' but Plaintiff does not allege any particular law that was violated either in the Motion or in the Complaint." Id. at 2-3 (quoting Motion). Because of the factual and legal deficiencies in the Complaint, the Motion was taken under advisement and Plaintiff was directed to file an Amended Complaint or to pay the filing fee by August 20, 2010. Id. at 3-4.

Plaintiff failed to file an amended complaint as directed in the Order (Doc. No. 5). Therefore, on August 24, 2010, the undersigned entered an Order to Show Cause (Doc. No. 6) giving Plaintiff until September 7, 2010 to submit an amended complaint and show cause why his request to proceed in forma pauperis should not be denied and the Complaint dismissed for failure to comply with the July 29, 2010 Order. See Order to Show Cause (Doc. No. 6) at 1-2. In the Order to Show Cause, it was explicitly stated that, "[i]f Plaintiff does not respond to this Order to Show Cause by submitting an amended complaint or paying the filing fee, the undersigned will recommend that this action be dismissed pursuant to Local Rule 3.10(a) for failure to prosecute." Id. at 2.

As of this date, Plaintiff has not complied with the July 29, 2010 Order (Doc. No. 5), nor has Plaintiff responded to the Order to Show Cause (Doc. No. 6).

**RECOMMENDATION**

Accordingly, it is recommended that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida, for failure to prosecute.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on October 5, 2010.

JAMES R. KLINDT
United States Magistrate Judge

kaw

Copies to:

Honorable Marcia Morales Howard
United States District Judge

*Pro Se* Party